# FILED

08/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AC 17-0694

Hon. Amy Eddy
ASBESTOS CLAIMS COURT JUDGE
Cascade County Clerk of District Court
415 2nd Avenue North #200, 200A
Great Falls, MT 59401
(406) 758-5667

## IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA

| IN RE ASBESTOS LITIGATION, | Cause No. AC 17-0694 |
|---|---|
| *Consolidated Cases* | CASE MANAGEMENT ORDER |

As counsel is aware, the Asbestos Claims Court (ACC) has existed under the jurisdiction of the Montana Supreme Court, which has supported the docket and electronic filing for the ACC. The Office of the Court Administrator has been working diligently to create the Asbestos Claims Court at the district court level with e-filing capability. The conversion process is now complete. All individual cases under the jurisdiction of the existing ACC, regardless of venue, have now been duplicated into a separate judicial district, still denominated as the ACC, and administered by the Cascade County Clerk of Court.

The ACC will be presided over by Judges Matt Cuffe, Amy Eddy, John Kutzman, Mike McMahon, Jon Oldenberg, John Parker, Greg Pinski and Dan Wilson. These judges will retain jurisdiction over any cases currently filed in front of them. All other cases needing reassignment have been randomly reassigned by the Cascade County Clerk of Court. Attached as Exhibit A is the spreadsheet identifying which cases have been reassigned to which judge. This Case Management Order serves as notice for purposes of the right of judicial substitution under Mont. Code Ann. §3-1-804.

Any further pleadings involving an individual case must be filed under that case's specific docket number. A sample caption is attached as Exhibit B. Please note the caption must designate the original venue of the case for purposes of trial. All cases will be tried in the original venue.

ELECTRONICALLY DATED AND SIGNED AS NOTED BELOW.

8/10/2020          /s/ Amy Eddy

Asbestos Claims Court Judge

| FULLCASENUMBER | JUDGE | Reassignment |
| --- | --- | --- |
| DV-7-2010-195-AE | Berger, Luke | Jon Oldenburg |
| DV-7-2014-448-AE | Berger, Luke | Amy Eddy |
| DV-7-2011-452-AE | Berger, Luke | Matt Cuffe |
| DV-7-2001-816-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2018-20-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2017-436-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2016-899-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2014-734-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2012-381-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2012-10-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2004-1463-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2004-6-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2001-119-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2003-817-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2003-776-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2001-293-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2001-167-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2003-816-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2003-693-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2006-91-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2009-273-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2003-836-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2015-312-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2015-142-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2015-140-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2014-955-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2014-954-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2006-372-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2008-428-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2009-114-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2003-950-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2001-511-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2003-742-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2004-251-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2004-542-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2003-1180-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2009-107-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2011-877-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2004-255-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2007-184-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2003-714-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2002-924-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2016-727-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2016-698-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2007-303-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2016-228-AE | Best, Elizabeth | Michael McMahon |

EXHIBIT A

| | | |
|---|---|---|
| DV-7-2016-642-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2016-571-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2016-570-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2017-209-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2017-207-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2016-1023-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2016-970-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2006-1559-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2009-108-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2009-106-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2016-167-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2016-97-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2015-1050-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2015-1048-AE | Best, Elizabeth | Dan Wilson |
| DV-7-2015-1046-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2015-790-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2016-495-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2016-494-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2011-140-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2004-963-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2004-840-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2004-379-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2004-335-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2003-1136-AE | Best, Elizabeth | Jon Oldenburg |
| DV-7-2003-700-AE | Best, Elizabeth | Michael McMahon |
| DV-7-2001-153-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2011-113-AE | Best, Elizabeth | Amy Eddy |
| DV-7-2010-232-AE | Best, Elizabeth | Matt Cuffe |
| DV-7-2013-577-AE | Bidegaray, Kathy | Matt Cuffe |
| DV-7-2014-919-AE | Deschamps, Robert | Jon Oldenburg |
| DV-7-2001-59-AE | Johnson, Marge | Jon Oldenburg |
| DV-7-2013-719-AE | Krueger, Kurt | Amy Eddy |
| DV-7-2001-1174-AE | Larson, John | Amy Eddy |
| DV-7-2001-288-AE | Macek, Julie | Matt Cuffe |
| DV-7-2001-590-AE | Macek, Julie | Amy Eddy |
| DV-7-2003-806-AE | Macek, Julie | Jon Oldenburg |
| DV-7-2001-530-AE | Macek, Julie | Amy Eddy |
| DV-7-2001-150-AE | Macek, Julie | Matt Cuffe |
| DV-7-2001-151-AE | Macek, Julie | Michael McMahon |
| DV-7-2007-467-AE | Manley, James | Jon Oldenburg |
| DV-7-2016-70-AE | Manley, James | Matt Cuffe |
| DV-7-2001-333-AE | McKittrick, Thomas | Amy Eddy |
| DV-7-2008-1495-AE | Neill, Kenneth | Jon Oldenburg |
| DV-7-2003-789-AE | Neill, Kenneth | Dan Wilson |
| DV-7-2005-51-AE | Neill, Kenneth | Amy Eddy |
| DV-7-2003-853-AE | Neill, Kenneth | Amy Eddy |
| DV-7-2004-690-AE | Neill, Kenneth | Michael McMahon |

EXHIBIT A

| | | |
|---|---|---|
| DV-7-2006-1323-AE | Sandefur, Dirk | Jon Oldenburg |
| DV-7-2001-100-AE | Sandefur, Dirk | Michael McMahon |
| DV-7-2003-960-AE | Sandefur, Dirk | Jon Oldenburg |
| DV-7-2008-208-AE | Sandefur, Dirk | Michael McMahon |
| DV-7-2001-103-AE | Sandefur, Dirk | Dan Wilson |
| DV-7-2001-615-AE | Sandefur, Dirk | Jon Oldenburg |
| DV-7-2014-294-AE | Tucker, Loren | Jon Oldenburg |

Amy Eddy
ASBESTOS CLAIMS COURT JUDGE
Flathead County Justice Center
920 South Main Street, Suite 310
Kalispell, Montana 59901
(406) 758-5667

IN THE ASBESTOS CLAIMS COURT OF THE STATE OF MONTANA
Montana Twenty-Third Judicial District Court

| ABC, | Cause No. _____ |
| | Venue: _____ |
| *Plaintiff,* | |
| vs. | |
| XYZ, | |
| *Defendant.* | |